PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Bryan Dale Wallace                Case Number: 1:17-CR-337(02)-LY

Name of Sentencing Judicial Officer:  Honorable Sam Sparks, Senior U.S. District Judge

Date of Original Sentence:  February 2, 2018

Original Offense: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371

Original Sentence: Twenty-six (26) months of custody, followed by three (3) years of supervised release; Special conditions include: search; financial disclosure, no new lines of credit without approval of probation officer, pay financial penalty, disclose all assets, and apply all monies towards balance; special assessment fee of $100 (satisfied) and $849,000.00 in restitution ($784.877.81 remaining balance)

Type of Supervision:  Supervised Release           Date Supervision Commenced:  January 17, 2020

Assistant U.S. Attorney:  Alan M. Buie             Defense Attorney: Philip H. Hilder (retained)

---

### PREVIOUS COURT ACTION

On February 20, 2020, a Probation Form 12B was filed with the Court to schedule a payment schedule for the defendant at the rate of $100 per month.

### NONCOMPLIANCE SUMMARY

**Violation of Special Condition:** "If the judgement imposes a financial penalty, the defendant shall pay the financial penalty in accordance with the Schedule of Payments sheet of this judgment. The defendant shall notify the court of any changes in economic circumstances that might affect the ability to pay financial penalty."

**Nature of Non-compliance:** As of this writing, the offender has paid $64,122.19 towards his restitution, and has a balance of $784.877.81. His last payment made was on December 21, 2022, in the amount of $100.00.

**U.S. Probation Officer Action:** Mr. Wallace is set to expire from his term of probation on January 16, 2023. He will not have his restitution paid in full before his expiration date. The United States Attorney's Office Financial Litigation Unit (FLU) has been made aware of his impending supervision expiration date and has placed him in the Treasury Offset Program (TOP). It is respectfully recommended that no action be taken against the defendant and allow him to discharge on his expiration date.

Respectfully submitted,

Kailyn L. Antoine
United States Probation Officer Assistant
Date: 1/11/2023

Approved: _____
Hector J. Garcia,
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: January 11, 2023